In the Matter of the Judicial Settlement of the Accounts of GEORGE GREEN, as Executor of the Last Will and Testament of JOHN GREEN, Deceased.

(Argued January 27, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court, in the first judicial department, entered upon an order made June 26, 1891, which affirmed a decree of the surrogate of the county of New York, on settlement of the accounts of George Green, as executor of the will of John Green, deceased.

*Eugene S. Ives* for appellant.

*Scott Lord* for respondents.

Agree to affirm on opinions below.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.

---

MYRA L. SPRING, as Executrix, etc., Respondent, *v.* CHAUTAUQUA MUTUAL LIFE ASSOCIATION, Appellant.

(Submitted January 27, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1891, which denied a motion for a new trial and directed judgment for plaintiff on a verdict.

*W. S. Thrasher* for appellant.

*A. & G. E. Spring* for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.